AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Roger Anthony Williams, et al.

v.

Department of Justice, et al.

**APPEARANCE**

Case Number: 14 Civ. 5042 (ALC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America; Department of Justice; Drug Enforcement Administration; and Homeland Security Investigations

I ce    that I am admitted to practice in this court.

September 8, 2014
Date

/s/
Signature

Christine I. Magdo — CM-2336
Print Name — Bar Number

One Saint Andrew's Plaza
Address

New York, New York 10007
City   State   Zip Code

(212) 637-2297   (212) 637-0421
Phone Number   Fax Number